# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Clifford Tindall, et al., | **NO. CV-12-00769-PHX-DGC** |
| Plaintiffs, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Michael J Ahearn, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed January 23, 2017, judgment is entered in favor of Defendants and against Plaintiffs. Plaintiffs' insider training and unjust enrichment claims having been dismissed with prejudice and their fiduciary duty claim having been dismissed without prejudice, Plaintiffs are to take nothing and this action is hereby dismissed.

    Brian D. Karth
    District Court Executive/Clerk of Court

January 23, 2017

          s/ Leann Dixon
By   Deputy Clerk